# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UTILITY TRAILER SALES <br> OF KANSAS CITY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MAC TRAILER MANUFACTURING, INC. <br> and <br> SUMMIT TRUCK EQUIPMENT LLC, <br><br> Defendants. | Case No. 2:09-CV-2023 |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the filing of the parties' Stipulation to Dismissal With Prejudice (doc. 178) and pursuant to Federal Rule of Civil Procedure 41(c), the court hereby orders that the counter claims of Defendant MAC Trailer Manufacturing, Inc. against Plaintiff Utility Trailer Sales of Kansas City, Inc. are dismissed with prejudice, each party to bear its own court costs. This dismissal shall have no res judicata, collateral estoppel, or other preclusive effect on the claims of the plaintiff.

IT IS SO ORDERED.

Dated this 17th day of May, 2010, at Kansas City, Kansas.

                                             s/ James P. O'Hara
                                             James P. O'Hara
                                             U.S. Magistrate Judge