AO 450 (rev. 5/85) Judgment in a Civil Case

# United States District Court

_____DISTRICT OF KANSAS_____

UTILITY TRAILER SALES OF KANSAS
CITY, INC.,

                                                          **AMENDED**
                                      **JUDGMENT IN A CIVIL CASE**

        Plaintiff,

v.                                                Case No. 09-2023-JPO

MAC TRAILER MANUFACTURING, INC.,
and
SUMMIT TRUCK EQUIPMENT, LLC,

        Defendants.

☐       Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒       Decision by Court. This action recently came before the court on the parties' post-trial motions brought under Fed. R. Civ. P. 50(b) and Fed. R. Civ. P. 59(a)(1). The issues have been considered and a decision has been rendered.

        IT IS ORDERED that the jury's verdict on plaintiff Utility Trailer Sales of Kansas City, Inc.'s claims for tortious interference with a prospective business expectancy or relationship is vacated and judgment as a matter of law is granted in favor of MAC Trailer Manufacturing, Inc., and Summit Truck Equipment, LLC, with costs to be assessed against plaintiff.

  August 16, 2010                                TIMOTHY M. O'BRIEN
*Date*                                              *Clerk of Court*

                                                      s/ Kathleen L. Grant
                                                     *(By) Deputy Clerk*